

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 7, 2025

The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    **Unsealing of Indictments 24 Cr. 630 and S1 24 Cr. 630**

Dear Judge Lehrburger:

     The Government respectfully requests that Indictments 24 Cr. 630 and S1 24 Cr. 630 be unsealed and that a United States District Judge be assigned to the case. A proposed order to that effect is attached. This case is designated as a Wheel B case.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney

By: _____
                  Nicholas W. Chiuchiolo / Allison Nichols
                  Assistant United States Attorneys

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    – v. –

ANIL MATHEWS,
RAHUL AGARWAL, and
KENNETH HARLAN,

               Defendants.

**Unsealing Order**

**24 Cr. 630**

---

Upon the application of the United States, by the United States Attorney for the Southern

District of New York, Jay Clayton, by Assistant United States Attorneys Nicholas W. Chiuchiolo

and Allison Nichols;

It is found that the Indictments in the above-captioned case are currently sealed and the

United States Attorney's Office has applied to have that Indictments unsealed, and it is therefore:

ORDERED that the Indictments in the above-captioned action be unsealed and remain

unsealed pending further order of the Court.

Dated:    New York, New York
            August 7, 2025

                                _Ru_
                                HONORABLE ROBERT LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE
                                SOUTHERN DISTRICT OF NEW YORK