

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

Daniel S. Noble
+1 212 390 9555
Daniel.Noble@KKLllp.com

December 23, 2025

By ECF

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Anil Mathews, et al.*, 24 Cr. 630 (LGS)

Dear Judge Schofield:

      We represent defendant Kenneth Harlan in the above-referenced case. With the consent of the government, we write respectfully to request a 60-day adjournment of the current pretrial schedule and initial pretrial conference. *See* ECF 20. The adjournment will provide additional time for counsel to review the voluminous discovery produced by the government and to research and prepare any appropriate pretrial motions. This is our first request to adjourn the pretrial schedule.

      The requested 60-day adjournment would result in any pretrial motions being due by March 16, 2026; the government's opposition being due by April 6, 2026; and any reply being due by April 20, 2026. The initial pretrial conference would be rescheduled for May 22, 2026 at 11:00 a.m. (or any other date and time that is convenient for the Court).

      In addition, the government requests that the Court set a trial date in 2026. The defense does not object to this request. If the Court is inclined to set a trial date, both parties are available for trial in July 2026, which would be Mr. Harlan's preference if that date is convenient for the Court. If the Court is not available in July 2026, the parties are also both available for trial in October, November, and December 2026.

      Lastly, the parties agree that the Court should exclude time in the interests of justice under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), through the date of the rescheduled initial pretrial conference. The requested exclusion would allow the government

time to produce any additional discovery, for the defense to continue to review the discovery, and for the defense to research and prepare any appropriate pretrial motions.

        Respectfully submitted,
        KKL LLP

By: _____
Daniel S. Noble
Nicholas J. Lewin
Patricio Martínez Llompart

Cc:    All Counsel of Record (by ECF)