

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

Daniel S. Noble
+1 212 390 9555
Daniel.Noble@KKLllp.com

February 12, 2026

By ECF

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        *Re:*    *United States v. Anil Mathews, et al.*, 24 Cr. 630 (LGS)

Dear Judge Schofield:

      We represent defendant Kenneth Harlan in the above-referenced case. With the government's consent, we write respectfully to request a 30-day adjournment of the current pretrial motion schedule. *See* ECF 26. The adjournment will provide additional time for counsel to continue reviewing the voluminous discovery produced by the government and to research and prepare any appropriate pretrial motions. This is our second request to adjourn the pretrial motion schedule. The Court previously granted our first request to adjourn the pretrial schedule from January 15, 2026, through March 16, 2026.

      The requested 30-day adjournment would result in any pretrial motions being due by April 15, 2026; the government's opposition being due by May 6, 2026; and any reply being due by May 20, 2026.

      We thank the Court for its consideration of this request.

                                        Respectfully submitted,
                                        KKL LLP

                      By:    _____
                                  Daniel S. Noble
                                  Nicholas J. Lewin
                                  Patricio G. Martínez Llompart

cc:      All Counsel of Record (by ECF)