

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

Daniel S. Noble
+1 212 390 9555
Daniel.Noble@KKLllp.com

February 12, 2026

*Application Granted. Defendant Harlan's motions, if any, shall be filed by **April 15, 2026**. The Government's response shall be filed by **May 6, 2026**. Defendant's reply shall be filed by **May 20 2026**. The Clerk of the Court is directed to terminate the letter motion at docket number 29.*

*Dated: February 13, 2026*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

<u>By ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Anil Mathews, et al.*, 24 Cr. 630 (LGS)

Dear Judge Schofield:

We represent defendant Kenneth Harlan in the above-referenced case. With the government's consent, we write respectfully to request a 30-day adjournment of the current pretrial motion schedule. *See* ECF 26. The adjournment will provide additional time for counsel to continue reviewing the voluminous discovery produced by the government and to research and prepare any appropriate pretrial motions. This is our second request to adjourn the pretrial motion schedule. The Court previously granted our first request to adjourn the pretrial schedule from January 15, 2026, through March 16, 2026.

The requested 30-day adjournment would result in any pretrial motions being due by April 15, 2026; the government's opposition being due by May 6, 2026; and any reply being due by May 20, 2026.

We thank the Court for its consideration of this request.

Respectfully submitted,
KKL LLP

By: _____
Daniel S. Noble
Nicholas J. Lewin
Patricio G. Martínez Llompart

cc:    All Counsel of Record (by ECF)