UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
:          24 Cr. 630-03 (LGS)
-against-                      :
:          ORDER
KENNETH HARLAN,                              :
Defendant.   :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference currently scheduled for March 23, 2026, is adjourned to **April 21, 2026, at 10:30 a.m.**

Dated: March 17, 2026
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE