**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

KENNETH HARLAN,

Defendant.

No. 24 Cr. 630

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned, Ross H. Gitlin of the law firm KKL LLP, hereby enters his appearance as counsel for Kenneth Harlan in the above-captioned case.  I certify that I am admitted to practice in this Court.

Dated:  April 3, 2026

Respectfully submitted,

KKL LLP

*/s/ Ross H. Gitlin*
Ross H. Gitlin
KKL LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 970-5849
Ross.Gitlin@KKLllp.com