UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH HARLAN,<br>　　　　　*Defendant*. | No. 24 Cr. 630 |

## **<u>NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL</u>**

PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel S. Noble, and subject to the approval of the Court, Patricio G. Martínez Llompart hereby withdraws as counsel for Kenneth Harlan and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.  Mr. Martínez Llompart is no longer associated with KKL LLP.  Daniel S. Noble, Nicholas J. Lewin, Jessie L. Pierce, and Ross H. Gitlin from KKL LLP will continue to represent Mr. Harlan in this case.


Date:　New York, New York
　　　　April 6, 2026

　　　　　　　　　　　　　　　　　　　　　**KKL LLP**

　　　　　　　　　　　　　　　　　By:　*/s/ Daniel S. Noble*
　　　　　　　　　　　　　　　　　　　　Daniel S. Noble
　　　　　　　　　　　　　　　　　　　　KKL LLP
　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, 77th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10118
　　　　　　　　　　　　　　　　　　　　(212) 390-9555
　　　　　　　　　　　　　　　　　　　　daniel.noble@kklllp.com


SO ORDERED:


_____　　　_____
HON. LORNA G. SCHOFIELD　　　　　　　Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH HARLAN,<br>                      *Defendant*. | No. 24 Cr. 630 |

## <u>DECLARATION OF DANIEL S. NOBLE</u>

1.      I am a partner at the law firm KKL LLP, counsel for Kenneth Harlan. I submit this declaration in compliance with Local Rule 1.4, to notify the Court that Patricio G. Martínez Llompart is withdrawing as counsel for Kenneth Harlan because he left the employ of KKL LLP.

2.      I will continue to represent Kenneth Harlan in this proceeding.

3.      Mr. Martínez Llompart's withdrawal will not delay the matter or prejudice any party.

4.      Mr. Martínez Llompart is not asserting a retaining or charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:  New York, New York
       April 6, 2026

By:  */s/ Daniel S. Noble*
       Daniel S. Noble

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 6, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

*/s/ Daniel S. Noble*