

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

Daniel S. Noble
+1 212 390 9555
Daniel.Noble@KKLllp.com

April 3, 2026

By ECF

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application Granted. Defendant Harlan's motions, if any, shall be filed by **May 4, 2026**. The Government's response shall be filed by **May 25, 2026**. Defendant's reply shall be filed by **June 8, 2026**. The Clerk of the Court is directed to terminate the letter motion at docket number 34.*

*Dated: April 7, 2026*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

> Re:  *United States v. Anil Mathews, et al.*, 24 Cr. 630 (LGS)

Dear Judge Schofield:

We represent defendant Kenneth Harlan in the above-referenced case. With the government's consent, we write respectfully to request a brief adjournment of the current pretrial motion deadline from April 15, 2026 to May 4, 2026. *See* ECF 30. The requested adjournment will afford defense counsel additional time to engage in discussions with the government that could affect the scope or necessity of pretrial briefing. In addition, the adjournment will provide additional time for counsel to continue reviewing the discovery and to research and prepare any appropriate pretrial motions.

This is our third request to adjourn the pretrial motion deadline. The Court previously granted our first request to adjourn the pretrial motion deadline from January 15, 2026 to March 16, 2026, and our second request to adjourn the pretrial motion deadline from March 16, 2026 to April 15, 2026. The requested adjournment would result in any pretrial motions being due by May 4, 2026; the government's opposition being due by May 25, 2026; and any reply being due by June 8, 2026.

The parties do not seek to adjourn the date of the current pretrial conference scheduled for April 21, 2026.

We thank the Court for its consideration of this request.

> Respectfully submitted,
> KKL LLP

By:  */s/ Daniel S. Noble*
Daniel S. Noble
Nicholas J. Lewin
Jessie-Lauren Pierce
Ross H. Gitlin

cc:      All Counsel of Record (by ECF)